IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41470
No. 98-41471
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SABINO GRANDE-FLORES,

                                        Defendant-Appellee.

--------------------
Appeals from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-396-1
USDC No. B-98-CR-369-1
--------------------

August 24, 1999

Before KING, Chief Judge, and DAVIS and SMITH, Circuit Judges.

PER CURIAM:[*]

The Assistant Federal Public Defenders appointed to represent Sabino Grande-Flores have filed a motion to withdraw from representation of Grande and a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Grande has filed no response to his attorneys' motion and brief. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, Grande's court-appointed attorneys' motion to withdraw is GRANTED; the attorneys are excused from further

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein and the APPEAL IS DISMISSED.